

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2025

No. 04-24-00538-CV

**IN RE BEXAR MEDINA ATASCOSA COUNTIES WATER CONTROL AND IMPROVEMENT DISTRICT NUMBER ONE**; George Weimer, President; Bob Roberts Jr., Vice President; Christopher Friesenhahn, Secretary/Treasurer; Dustin Navarro, Board Member; Garret Wilson, Board Member; Morris Salzman, Board Member; Gordon Hitzfelder, Board Member; Brian Sullivan, Operations Manager; and Bonnie Tapp Sallee, Office Manager; Relators

Original Mandamus Proceeding[1]

**ORDER**

On August 9, 2024, relators filed a petition for a writ of mandamus. On November 11, 2024, real party in interest filed a response. On November 27, 2024, relators filed a reply.

In accordance with this court's opinion of this date, we CONDITIONALLY GRANT the petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(c). We DIRECT the trial court to withdraw its July 31, 2024 oral rulings continuing the hearing on the plea to the jurisdiction and ordering discovery. The writ will issue only if we are notified the trial court has failed to withdraw its rulings within fourteen days of the date of this opinion.

It is so **ORDERED** on February 12, 2025.

---

[1]This proceeding arises out of Cause No. 2023CI11920, styled *San Antonio Water System, an agency of the City of San Antonio v. Bexar Medina Atascosa Counties Water Control and Improvement District Number One; George Weimer, President; Bob Roberts Jr., Vice President; Christopher Friesenhahn, Secretary/Treasurer; Dustin Navarro, Board Member; Garret Wilson, Board Member; Morris Salzman, Board Member; Gordon Hitzfelder, Board Member; Brian Sullivan, Operations Manager; and Bonnie Tapp Sallee, Office Manager; each in their official capacities*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk